# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOEY KADMIRI,

               Appellant,

vs.

MGM GRAND RESORTS INTL.;
EXCALIBUR HOTEL; AND SPI
ENTERTAINMENT,

               Respondents.

No. 81619

**FILED**

AUG 24 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY. S. Young
   DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court decision denying a motion for a default judgment. Eighth Judicial District Court, Clark County; Kenneth C. Cory, Judge.

Review of the notice of appeal and other documents before this court reveals a jurisdictional defect. The oral decision of the district court is not appealable. *State, Div. of Child and Family Serv's v. Eighth Judicial Dist. Court*, 120 Nev. 445, 454, 92 P.3d 1239, 1245 (2004) ("[D]ispositional court orders that are not administrative in nature, but deal with the procedural posture or merits of the underlying controversy, must be written, signed, and filed before they become effective"). Moreover, no statute or court rule allows an appeal from an order denying a motion for a default judgment. *See Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013) (this court "may only consider appeals authorized by statute or court rule"). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
       Gibbons

_____, J.
       Stiglich

_____, J.
       Silver

cc:    Hon. Kenneth C. Cory, District Judge
       Joey Kadmiri
       MGM Grand Resorts Intl.
       Excalibur Hotel
       SPI Entertainment
       Eighth District Court Clerk